IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00362-RJC-DSC

| | |
|---|---|
| USA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOHNNY OBRIAN LEACH ) | |
| ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for resentencing. (Doc. No. 45: Order; Doc. No. 46: Mandate).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Johnny Obrian Leach (Reg. No. 33995-058) present in Charlotte, North Carolina forthwith, but not later than March 23, 2020, at 3 p.m. for a sentencing hearing.

**IT IS FURTHER ORDERED** that Federal Public Defender shall designate counsel promptly to represent Petitioner for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Public Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: February 13, 2020

Robert J. Conrad, Jr.
United States District Judge