IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00362-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHNNY OBRIAN LEACH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for resentencing. (Doc. No. 45: Order; Doc. No. 46: Mandate).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Johnny Obrian Leach (Reg. No. 33995-058) present in Charlotte, North Carolina forthwith, but not later than October 29, 2020, at 1 p.m. for a sentencing hearing.

The Clerk is directed to certify copies of this Order to counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 30, 2020

Robert J. Conrad, Jr.
United States District Judge